UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GAIL C. SWEENEY ESTATE MARITAL TRUST, derivatively on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES TREASURY DEPARTMENT, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-206 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to 12 U.S.C. § 4617 (2012) and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Renewed Motion of the Federal Housing Finance Agency as Conservator of Fannie Mae to Substitute for Shareholder Derivative Plaintiff [Dkt. # 37] is **GRANTED**. The Clerk is directed to substitute the Federal Housing Finance Agency as plaintiff in the place of the Gail C. Sweeney Estate Marital Trust.

**SO ORDERED.**

                    /s/ Amy B. Jackson
                    AMY BERMAN JACKSON
                    United States District Judge

DATE: September 19, 2014